UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-cv-59-C

| | |
|---|---|
| STEPHEN M. BEVERLY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHOICEPOINT INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER** is before the Court on its own motion upon being notified that the parties agree to transfer the case back to the Eastern District of Virginia for final settlement.

**IT IS, THEREFORE, ORDERED** that this case is transferred to the Eastern District of Virginia, Richmond division, for further proceedings.

Signed: February 28, 2008

Robert J. Conrad, Jr.
Chief United States District Judge